IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARITHARAN MAHALINGAM,

     Plaintiff,               CIV S-09-658 FCD KJM PS

   vs.

INTEL CORPORATION,

     Defendant.           <u>ORDER</u>

_____/

       Plaintiff is proceeding pro se. Plaintiff requests reconsideration of the denial of plaintiff's application to proceed in forma pauperis. The affidavit filed by plaintiff indicates he has assets with the approximate value of $222,000. Plaintiff has made an inadequate showing of indigency.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for consideration (docket no. 5) is denied. Within twenty days from the date of this order, plaintiff shall submit the appropriate filing fee.

DATED: May 13, 2009.

mahalingam2.den

                                            U.S. MAGISTRATE JUDGE

1